# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jonathan Brian Motte ,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                          1:11cv154

Sidney Harkleroad , Alvin W. Keller, Jr., Robert C. Lewis,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2011 Order.

Signed: November 8, 2011

Frank G. Johns, Clerk
United States District Court